IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| AMIGUA BELL | § | |
| | § | |
| vs. | § | CIVIL ACTION NO 3:20-cv-1910 |
| | § | |
| | § | JURY DEMANDED |
| MARMAXX OPERATING CORP. | § | |

## JOINT REPORT ON SETTLEMENT STATUS

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Per the Scheduling Order (Doc. 12), the parties file this joint report setting forth the status of settlement negotiations.

The parties jointly report to the Court that this case was mediated with mediator Martin Terry on May 24, 2021.  Mediation was not successful in settling this matter.

Respectfully submitted,

J. ALEX. LAW FIRM, P.C.


*/s/ Josh W. Alexander*
**Josh W. Alexander**
Texas Bar No. 24086984
josh@jalexlawfirm.com
**Kelsey E. Brodock**
Texas Bar No. 24086965
kelsey@jalexlawfirm.com
**David W. Townend**
Texas Bar No. 20155700
david@jalexlawfirm.com
**Robert B. Moss**
State Bar No. 24113558
robert@jalexlawfirm.com

1

        13601 Preston Road
        West Tower, Suite 600W
        Dallas, Texas   75240
        Telephone: 972-535-5700
        Facsimile: 844-838-7440

        ATTORNEYS FOR PLAINTIFF, AMIGUA BELL


        HARTLINE BARGER LLP


        */s/ Marshall G. Rosenberg*
        Marshall G. Rosenberg
        State Bar No. 12771450
        mrosenberg@hartlinebarger.com
        1980 Post Oak Blvd., Suite 1800
        Houston, Texas 77056
        Telephone: 713-759-1990
        Facsimile: 713-652-2419

        ATTORNEYS FOR DEFENDANT,
        MARMAXX OPERATING CORP

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing instrument was served upon the parties listed below on September 20, 2021.

    **Josh W. Alexander**
    josh@jalexlawfirm.com
    **Kelsey E. Brodock**
    kelsey@jalexlawfirm.com
    **David W. Townend**
    david@jalexlawfirm.com
    **Robert B. Moss**
    robert@jalexlawfirm.com
    13601 Preston Road
    West Tower, Suite 600W
    Dallas, Texas   75240


            */s/ Marshall G. Rosenberg*
            Marshall G. Rosenberg